UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. BANK, NATIONAL ASSOCIATION,
N.D. d/b/a Elan Financial Services,

      Plaintiff,

v.                                              Case No. 8:10-cv-2445-T-24 MAP

PROFESSIONAL STAFFING-A.B.T.S.,
INC., d/b/a Able Body Labor,

      Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's Motion to Strike Defendant's Pleadings and Enter a Default Against Defendant. (Doc. No. 39). As explained below, the motion is granted.

On November 2, 2010, Plaintiff filed this lawsuit against Defendant. In the complaint, Plaintiff alleges that Defendant used a credit card issued by Plaintiff and has failed to repay the outstanding balance. Therefore, Plaintiff asserts six claims against Defendant: (1) breach of contract, (2) breach of the implied covenant of good faith and fair dealing, (3) fraud in the inducement, (4) fraudulent transfer, (5) civil conspiracy, and (6) unjust enrichment. In response, on December 1, 2010, Defendant filed an answer.

Thereafter, on August 16, 2011, defense counsel filed a motion to withdraw as counsel. On August 17, 2011, the Court granted the motion. However, in the Order granting defense counsel's motion to withdraw, the Court pointed out that Defendant is a corporation, and as such, it may appear and be heard only through counsel and cannot appear pro se. See Local Rule 2.03.

Therefore, the Court directed Defendant that it must file a notice of appearance of new counsel by September 16, 2011. The Court warned Defendant that if it failed to file a notice of appearance of new counsel by September 16, 2011, the Court would consider a motion filed by Plaintiff for entry of default. To date, Defendant has failed to file a notice of appearance of new counsel.

As a result, on October 3, 2011, Plaintiff filed the instant motion to strike Defendant's answer to the complaint and then to enter default against Defendant. Because it appears that Defendant no longer intends to participate in this case, the Court will grant Plaintiff's motion.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Plaintiff's Motion to Strike Defendant's Pleadings and Enter a Default Against Defendant (Doc. No. 39) is **GRANTED**.

(2) The Clerk is directed to **STRIKE** Defendant's Answer (Doc. No. 8).

(3) The Clerk is directed to enter default against Defendant.

(4) Plaintiff is directed to file a motion for default judgment by November 4, 2011.

(5) Plaintiff's Motion Seeking Relief From Mediation (Doc. No. 38) is **GRANTED**.

**DONE AND ORDERED** at Tampa, Florida, this 5th day of October, 2011.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record