UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

U.S. BANK, NATIONAL ASSOCIATION,
N.D. d/b/a Elan Financial Services,

      Plaintiff,

v.                                              Case No. 8:10-cv-2445-T-24 MAP

PROFESSIONAL STAFFING-A.B.T.S.,
INC., d/b/a Able Body Labor,

      Defendant.
_____/

**ORDER**

      This cause comes before the Court on Plaintiff's Amended Motion for Default Judgment. (Doc. No. 43). As explained below, the motion is granted.

      On November 2, 2010, Plaintiff filed this lawsuit against Defendant. In the complaint, Plaintiff alleges that Defendant used a credit card issued by Plaintiff and has failed to repay the outstanding balance. Plaintiff further alleged that as of October 1, 2010, the outstanding balance was $650,169.88. Therefore, Plaintiff asserts six claims against Defendant: (1) breach of contract, (2) breach of the implied covenant of good faith and fair dealing, (3) fraud in the inducement, (4) fraudulent transfer, (5) civil conspiracy, and (6) unjust enrichment.

      While Defendant corporation was initially represented by counsel, counsel later withdrew, and Defendant was directed to obtain new counsel and file a notice of appearance of new counsel by September 16, 2011. Defendant failed to do so, and Plaintiff moved for entry of default. The Clerk entered default against Defendant on October 6, 2011, and thereafter, the instant motion for default judgment was filed.

In its motion for default judgment, Plaintiff requests a judgment in the amount of the outstanding balance of $650,169.88, plus attorneys' fees, costs, and post-judgment interest. As default has been entered and the allegations in the complaint are deemed admitted, the Court finds that Defendant is deemed to have admitted that it owes Plaintiff the outstanding balance of $650,169.88. Furthermore, paragraph 8 of the credit card agreement provides that Plaintiff is entitled to its attorneys' fees and other expenses incurred in collecting the amount owed by Defendant. Accordingly, the Court finds that Plaintiff is entitled to default judgment in the amount of $650,169.88, plus attorneys' fees, costs, and post-judgment interest.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Plaintiff's Amended Motion for Default Judgment (Doc. No. 43) is **GRANTED**.

(2) The Clerk is directed to enter judgment in favor of Plaintiff in the amount of $650,169.88, plus attorneys' fees and costs (to be determined by separate order), and post-judgment interest.

(3) Plaintiff is directed to file a motion for attorneys' fees by November 23, 2011.

(4) The Clerk is directed to close this case, and the Court will retain jurisdiction to determine the amount of attorneys' fees to be awarded to Plaintiff.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of November, 2011.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record